```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

ROY JOHNSON                                CIVIL ACTION

VERSUS                                     NO. 07-410

MICHAEL HARRELL, CAPT. R.C.C.              SECTION "R"(2)


**ORDER**

The Court has reviewed *de novo* the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this <u>2nd</u> day of March, 2007.

```
              _____
                     SARAH S. VANCE
                UNITED STATES DISTRICT JUDGE
```